UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    RALPH J. LAKE AND
    KAREN M. LAKE                         CASE NO. 19-45667-PJS
                                                   CHAPTER 13
                                                   HONORABLE PHILLIP J. SHEFFERLY

             DEBTORS.
_____/

**CORRECTED PROOF OF SERVICE OF EX-PARTE MOTION OF CRESCENT BANK & TRUST TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM (CLAIM NO. 1-1)**

     CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 2nd day of September, 2020, a copy of the Ex Parte Motion of Crescent Bank & Trust to Restrict Public Access to Proof of Claim (Claim No. 1-1), the proposed Order, and the Filed Redacted Proof of Claim, and this Proof of Service was served upon:

| | |
|---|---|
| David W. Ruskin<br>Trustee<br>26555 Evergreen Rd., Suite 1100<br>Southfield, MI 48076 | Ralph J. Lake and Karen M. Lake<br>30400 Normal Street<br>Roseville, MI 48066 |
| Robert W. Bishop<br>Attorney for Debtor<br>24405 Gratiot<br>Eastpointe, MI 48021 | U.S. Trustee's Office<br>211 W. Fort St., Suite 700<br>Detroit, MI 48226 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                                   O'REILLY RANCILIO P.C.

                                                   */s/ Craig S. Schoenherr, Sr.*

                                                   _____
                                                   CRAIG S. SCHOENHERR, SR. (P32245)
                                                   Attorney for Creditor
                                                   12900 Hall Road, Suite 350
                                                   Sterling Heights, MI 48313-1151
                                                   (586) 726-1000
                                                   ecf@orlaw.com

DATED: September 2, 2020